UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:  CHAPTER 13
CARL D. DONOVAN
SHEILA A. DONOVAN  CASE NO. 10-74198

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Caliber Home Loans          **Court claim #: 7**

**Last four digits** of any number used to identify the debtor's account: 9898

| *Final Cure Amount* | |
|---|---|
| Amount of Prepetition Arrears | $18,926.80 |
| Amount Paid by Trustee | $18,926.80 |

| *Monthly ongoing Mortgage Payment* |
|---|
| Mortgage is paid: |
| ☐ Thru the Chapter 13 Plan      ☒ Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  12/3/2015              /s/Lydia S. Meyer
                               Lydia S. Meyer, Trustee
                               308 W. State St., Suite 212
                               Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 3rd Day of December, 2015.

Dated:  12/3/2015              /s/Cynthia K. Burnard

CALIBER HOME LOANS AS SERVICER FOR
US BANK TRUST, N.A. AS TRUSTEE FOR LSF9
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134-2500

BENEFICIAL ILLINOIS INC
PO BOX 829009
DALLAS, TX 75382-9009

BENEFICIAL ILLINOIS
C/O FREEDMAN, ANSELMO, ET AL
PO BOX 3107
NAPERVILLE, IL  60566-7107

CARL D. DONOVAN
SHEILA A. DONOVAN
1604 . 18TH AVENUE
STERLING, IL  61081

ATTORNEY JEFFREY A BIVENS
4855 E. STATE STREET
ROCKFORD, IL  61108